UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br>Richard D. Holder and<br>Mary K. Holder<br><br>Debtor(s)<br><br>Richard D. Holder and<br>Mary K. Holder<br><br>Plaintiff(s)<br><br>Beneficial Mortgage Co. of Illinois<br><br>Defendant(s) | BK No.: 11-82949<br><br>Chapter: 13<br><br>Honorable Manuel Barbosa<br><br>Adv. No.: 11-96187 |

**Order on Debtors' Motion for Entry of Default Judgment**

This matter before the Court on Debtors' Motion for Entry of Default Judgment, the Defendant Beneficial Mortgage Co. of Illinois, having been served effective August 18, 2011, and having failed to respond, IT IS ORDERED:

A Default Judgment is entered declaring the lien of the Defendant Beneficial Mortgage Co. of Illinois as wholly unsecured.

Defendant Beneficial Mortgage Co. of Illinois is directed to record a proper release with the Ogle County Recorder, releasing said lien within 30 days of completion of the confirmed plan.

Any claim filed in the case relating to said lien of Beneficial Mortgage Co. of Illinois is declared as unsecured and classified accordingly.

Enter:

Honorable Manuel Barbosa
United States Bankruptcy Judge

Dated: SEP 23 2011

**Prepared by:**

Law Offices of Henry Repay
930 W. Locust Street
Belvidere, IL 61008
(815) 547-3369
Fax (815) 544-5429
Attorney No. 06199079

Rev: 20110318_apo